**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LTD.,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WESTCHESTER SURPLUS LINES INSURANCE CO.,**<br><br>**Respondent.** | No. 1:10-CV-11733-LTS |

**ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LTD.'S NOTICE OF DISMISSAL**

Associated Electric & Gas Insurance Services, Ltd., pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), hereby files a notice of dismissal of its Motion to Confirm an Arbitration Award, filed against Westchester Surplus Lines Insurance Company, dated October 12, 2010, because it has been paid.

November 17, 2010

Respectfully submitted,

By: /s/ Henry P. Sorett___________

Henry P. Sorett, Esq.
BB0 No. 473280
bricksea@msn.com
Anne W. Chisholm, Esq.
BB0 No. 549332
awc@brickleysears.com
Eric Passeggio, Esq.
BB0 No. 654032
erp@brickleysears.com
Brickley, Sears & Sorett, PA
75 Federal Street
Boston, Massachusetts 02110
Ph. (617) 542-0896
Fx (617) 426-2102

*Of Counsel*

Kenneth E. Ryan, Esq.
Mary E. Borja, Esq.
kryan@wileyrein.com
mborja@wileyrein.com
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
202-719-7000 (phone)
202-719-7049 (fax)

*Counsel for Petitioner Associated Electric & Gas Insurance Services Ltd.*

**CERTIFICATE OF SERVICE**

I, Henry P. Sorett, hereby certify that a true copy of the above document was served upon counsel for Westchester Surplus Lines Insurance Company by first-class and electronic mail on November 17, 2010.

/s/ Henry P. Sorett______________
Henry P. Sorett, Esq.