UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
**1:10-11733 LTS**

**Associated Electric & Gas Insurance Services, Ltd.**
Plaintiffs

V.

**Westchester Surplus Lines Insurance Company**
Defendants

### **CLOSING ORDER**

SOROKIN, M.J.

     In accordance with the stipulation of dismissal filed by the plaintiff dated November 17, 2010, this case is hereby closed.

  SO ORDERED.

                     /s/ Leo T. Sorokin
                     UNITED STATES MAGISTRATE JUDGE

November 18, 2010